UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL R. TWARDOWSKI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-CV-03305 SEP |
| WILLIAM E. HASKINS, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Twardowski's submission on March 5, 2020, entitled "Motion for Clarification Re Defendants' Notice of Attorneys Fees." Twardowski's Motion says nothing about attorney's fees and is instead a verbatim resubmission of Twardowski's Response to Defendant's Motion to Dismiss, originally filed on January 9, 2020. *Compare* Doc. [8], *with* Doc. [5]. The Court already considered and rejected the arguments that Twardowski now resubmits without alteration. *See* Doc. [6]. Therefore,

**IT IS HEREBY ORDERED** that Twardowski's "Motion for Clarification Re Defendants' Notice of Attorneys Fees" is **DENIED**.

Dated this 6th day of March, 2020.

_____
Sarah E. Pitlyk
United States District Judge